UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SENARBLE CAMPBELL,

Plaintiff,

v.

J. TANTON, et al.,

Defendants.

No. 2:18-cv-00671 KJM CKD P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2018, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2018, are adopted in full.

2. The Eighth Amendment excessive force claims against defendants J. Tanton, G. Ellin, L. Spangler, J. Leech, T. Stanfield, S. Manson, and J. Morton are dismissed for failure to state a claim.

3. This case is proceeding only on the Eighth Amendment deliberate indifference claims against defendants F. Martin, Psychologist Kenton, and Psychiatric Technician Herrera.

4. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: September 12, 2018.

_____
UNITED STATES DISTRICT JUDGE