UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>J. TANTON, et al.,<br><br>Defendants. | No. 2:18-cv-0671 KJM CKD P<br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On September 6, 2018, the court ordered the United States Marshal to serve the complaint on defendants F. Martin, Psychologist Kenton, and Psychiatric Technician Herrera. Process directed to defendants Kenton and Martin was returned unserved because these defendants are not CDCR employees. See ECF Nos. 19, 23. Accordingly, plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with

1

1 | an instruction sheet and a copy of the complaint filed March 28, 2018;
2 |     2. Within sixty days from the date of this order, plaintiff shall complete and submit the
3 | attached Notice of Submission of Documents to the court, with the following documents:
4 |     a. One completed USM-285 form for each defendant;
5 |     b. Three copies of the endorsed complaint filed March 28, 2018; and
6 |     c. One completed summons form (if not previously provided) or show good cause
7 | why he cannot provide such information.

Dated: November 14, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp0671.8e

8           UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | SENARBLE CAMPBELL, | No. 2:18-cv-0671 KJM CKD P
12 | Plaintiff, |
13 | v. | NOTICE OF SUBMISSION OF DOCUMENTS
14 | J. TANTON, et al., |
15 | Defendants. |

17    Plaintiff hereby submits the following documents in compliance with the court's order

18 filed _____ :

19    ____    completed USM-285 form

20    ____    copies of the _____

21                    Complaint

22 DATED:

23

24

25

26                                    _____

27                                    Plaintiff

28