UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL<br><br>Plaintiff,<br><br>v.<br><br>J. TANTON, et al.,<br><br>Defendants. | No. 2:18-cv-0671 KJM CKD P<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

Plaintiff is a California state inmate proceeding pro se and in forma pauperis in this federal civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2018, plaintiff filed a motion for the appointment of counsel. (ECF No. 20.) The court finds the appointment of counsel for plaintiff is warranted for the limited purpose of drafting an amended complaint and will therefore partially grant plaintiff's motion. Carter C. White and the King Hall Civil Rights Clinic have been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and have agreed to be appointed.

In light of the appointment of counsel, a discovery and scheduling order will not be set at this time even though defendant Herrera has filed an answer. See ECF No. 27.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 20) is partially granted. Carter C. White and the King Hall Civil Rights Clinic are appointed as counsel in the above entitled matter. This appointment is for the limited purpose of investigating the federal civil rights claims and then drafting and filing an amended complaint. The amended complaint is due 90 days from the date of this order.
2. Carter C. White and the King Hall Civil Rights Clinic's appointment will terminate when plaintiff's amended complaint is filed or upon the filing of a notice that an amended complaint would not be appropriate.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if there are any questions related to this appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Carter C. White, King Hall Civil Rights Clinic, UCD Clinical Program Bldg. TB 30, 1 Shields Ave., Davis, CA 95616.

Dated: December 14, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp0671.31.docx