CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: 530.752.5440
Facsimile: 530.752.5788
ccwhite@ucdavis.edu

*Attorney for Plaintiff,*
 *Senarble Campbell*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>        Plaintiff,<br>  v.<br><br>J. TANTON, et al.,<br><br>        Defendants. | No. 2:18-cv-00671-KJM-CKD-P<br><br>**[PROPOSED] ORDER** |

    Having considered parties' stipulation the Court hereby Orders:

1. Plaintiff may wait and file any motion to strike affirmative defenses after he files his Amended Complaint. If Defendant Herrera files an Answer to the Amended Complaint, Plaintiff's deadline for any motion to strike is within 21 days of being served with the pleading as required by Rule 12(f). If Defendant Herrera is named in the Amended Complaint and chooses to rely on the Answer he has already filed in this case, Plaintiff's deadline for filing a motion to strike is 21 days after Defendant Herrera notifies Plaintiff he will rely on his earlier-filed Answer. Either way, Plaintiff does not waive objection to any of the affirmative defenses in Defendant Herrera's Answer by filing a motion to strike under this revised timetable.

2. Defendants Kenton and Martin are granted an extension, up to and including thirty days after the Court screens any Amended Complaint, or Plaintiff's counsel notifies the Court that an Amended Complaint is not warranted, in which to file a response to the operative Complaint.

Dated: January 2, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE