Carter C. White, State Bar No. 164149
UC Davis Civil Rights Clinic
UC Davis School of Law
One Shields Avenue, Bldg. TB 30
Telephone: (530) 752-5440
Fax: (530) 752-5788
Email: ccwhite@ucdavis.edu

Assisted by:   Mats Dagdigian
               Priyam Desai
               Certified Law Students

*Counsel for Plaintiff, Senarble Campbell*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>   Plaintiff,<br><br>   v.<br><br>J. TANTON, et al.,<br><br>   Defendants. | No. 2:18-cv-00671-KJM-CKD-P<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO AMEND COMPLAINT** |

The parties have stipulated, and good cause having been shown it is hereby

ORDERED that Plaintiff shall have until on or before April 13, 2019, to file an Amended

Complaint in this action.

Dated: March 18, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1