UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>J. TANTON, et al.,<br><br>Defendants. | No. 2:18-cv-00671-KJM-CKD-P<br><br><br><br>ORDER |

Plaintiff Senarble Campbell, a state prisoner, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On October 5, 2018, plaintiff moved for reconsideration of this court's order filed September 13, 2018 dismissing the Eighth Amendment excessive force claim against defendant J. Leech. ECF No. 21 (motion); ECF No. 18 (order).

"A motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.,* 571 F.3d 873, 880 (9th Cir. 2009) (citation and internal quotation marks omitted). Further, Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion," and "why

/////

1

| | |
|---|---|
| 1 | the facts or circumstances were not shown at the time of the prior motion." E.D. Cal., Local Rule |
| 2 | 230(j)(3)-(4). |
| 3 | After plaintiff filed his motion for reconsideration, he was appointed counsel for |
| 4 | the limited purpose of filing an amended complaint. ECF No. 29.  On April 15, 2019, plaintiff's |
| 5 | counsel of record filed a second amended complaint, which included an excessive force claim |
| 6 | against defendant J. Leech.  ECF No. 38.  Because plaintiff's motion for reconsideration sought |
| 7 | leave to assert such a claim against Leech, the motion is DENIED as MOOT. |
| 8 | DATED: June 12, 2019. |

_____
UNITED STATES DISTRICT JUDGE