UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SENARBLE CAMPBELL,                    No. 2:18-cv-0671 KJM CKD P

    Plaintiff,

  v.

J. TANTON, et al.,
                                              **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.                      **AD TESTIFICANDUM**

Senarble Campbell, CDCR # H-90841, a necessary and material witness in a settlement conference in this case on September 30, 2020, is confined in the California Health Care Facility (CHCF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Deborah Barnes, **by telephonic-conferencing** from his place of confinement, to the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Wednesday, September 30, 2020 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **by telephonic-conferencing**, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Coordinator at the California Health Care Facility, (209) 467-2676.

4. On September 30, 2020, no later than 10:00 a.m., the assigned prison official shall call 1-877-336-1828 and when prompted, use the access code 1864917 plus #, and security code 4223 plus #.

5. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Pete Buzo, Courtroom Deputy, at (916) 930-4128.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CHCF, P. O. Box 32050, Stockton, California 95213:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barnes at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: May 26, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp0671.writ.docx