UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>   Plaintiff,<br><br>   v.<br><br>J. TANTON, et al.,<br><br>   Defendants. | No.  2:18-cv-0671 KJM CKD P<br><br><br><br>ORDER |

Plaintiff is a prisoner proceeding through counsel and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On May 21, 2020, the court ordered the United States Marshal to serve the complaint on defendant Tanton.  Process directed to defendant Tanton was returned unserved because he does not work at the address provided.  Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the second amended complaint filed April 15, 2019;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a.  One completed USM-285 form for each defendant;

    b.  Two copies of the endorsed complaint filed April 15, 2019; and

    c.  One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated:  August 6, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp0671.8e(2)

2

|   |   |
|---|---|
|                        | No. |
| Plaintiff,             |     |
| v.                     | <u>NOTICE OF SUBMISSION OF DOCUMENTS</u> |
| Defendant.             |     |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_        completed summons form

\_\_\_\_        completed USM-285 forms

\_\_\_\_        copies of the _____

                         Complaint

DATED:

                        _____

                      Plaintiff