Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

*Attorney for Plaintiff, Senarble Campbell*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>         Plaintiff,<br><br>vs.<br><br>J. TANTON, et al.,<br><br>         Defendants. | Case No. 2:18-cv-0671-KJM-CKD-P<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Conference:  September 30, 2020<br>Time:            10:00 a.m.<br>Courtroom:<br>Judge:           Hon. Deborah Barnes |

Pursuant to E.D. Cal. Local Rule 270 and the Court's order of May 19, 2020 (ECF No. 62), Plaintiff Senarble Campbell gives notice that he has submitted his confidential settlement conference statement.  Plaintiff has submitted the document electronically to Magistrate Judge Barnes as instructed in the order.

Dated:  September 23, 2020                                   Respectfully submitted,

                                                                                     */S/ Carter C. White*

                                                                                     _____
                                                                                     Carter C. White
                                                                                     Supervising Attorney

                                                                                     Danya Hofnor
                                                                                     Kristi K. Thielen
                                                                                     Certified Law Students

                                                                                     *Counsel for Plaintiff, Senarble Campbell*