UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSHU J. TANTON, et al.,<br><br>  Defendants. | No.  2:18-cv-00671-KJM-CKD P<br><br>ORDER |

Plaintiff, a state prisoner proceeding through appointed counsel, has filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion to strike affirmative defenses and noticed it for a hearing on February 10, 2021 at 10:00 a.m. in Courtroom 24. In light of the pending motions hearing, the court hereby sets a scheduling conference in this case on the same date and time. The court will contact counsel three days prior to the hearing in order to provide them with Zoom videoconferencing instructions.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this case entered on April 13, 2020 is hereby lifted.
2. A scheduling conference shall be conducted on February 10, 2021 at 10:00 a.m. in Courtroom 24.
3. Not later than seven days prior to the scheduling conference, the parties shall file a joint status report addressing the following:

1

a. Any expected or desired amendment of the pleadings;

b. Anticipated motions and their scheduling;

c. A proposed discovery plan and its schedule, including the disclosure of any expert witnesses;

d. Appropriate cut-off dates for discovery and law and motions;

e. Any modifications of standard pretrial procedures due to the simplicity or complexity of this case;

f. The continued appointment of the King Hall Civil Rights Clinic to represent plaintiff in this matter; and,

g. Any other matters that may add to the just and expeditious disposition of this matter.

Dated: January 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp0671.schconference.docx