1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  R. LAWRENCE BRAGG, State Bar No. 119194
   Supervising Deputy Attorney General
3  KELLI M. HAMMOND, State Bar No. 217485
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7367
6   Fax: (916) 324-5205
    E-mail: Kelli.Hammond@doj.ca.gov
7  *Attorneys for Defendants Pierce, Kenton, Hammer,*
   *Halloran, Herrera, Manson, Martin, Rashev, Leech,*
8  *Ellin, Valencia, Largent, Tanton and Stanfield*

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11                          SACRAMENTO DIVISION

| SENARBLE CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA J. TANTON, et al.,<br><br>Defendants. | 2:18-cv-00671 KJM-CKD (PC)<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO STRIKE AFFIRMATIVE DEFENSES FROM TANTON'S ANSWER; (PROPOSED) ORDER**<br><br>Date:         February 10, 2021<br>Time:         10:00 a.m.<br>Courtroom:    24<br>Judge:        The Honorable Carolyn K. Delaney<br>Trial Date:   Not Set<br>Action Filed: March 28, 2018 |
|---|---|

**IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

1. Plaintiff Campbell filed a Motion to Strike Affirmative Defenses From Defendant Tanton's Answer (ECF No. 80), which is set for hearing on February 10, 2021, at 10:00 a.m.;

2. Defendant Tanton is unable to file a timely opposition to this Motion because the electrical power is out at her home which prevents her from teleworking or using her electric garage door opener to work at her office; and

1

3. After meeting and conferring, the parties stipulate that the hearing on the Motion to Strike Affirmative Defenses From Defendant Tanton's Answer is continued to February 17, 2021, at 10:00 a.m., in Department 24 of the above Court, subject to the Court's availability. Any opposition to this Motion is due by February 3, 2021.

4. If possible, the parties also request that the February 10, 2021 Scheduling Conference also be continued to February 17, 2021, at 10:00 a.m.

Dated:  January 27, 2021                               Respectfully Submitted,


CARTER C. WHITE, STATE BAR NO. 164149
KING HALL CIVIL RIGHTS CLINIC

*/s/ Carter C. White*

CARTER C. WHITE
*Attorneys for Plaintiff*

XAVIER BECERRA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General

*/s/ Kelli M. Hammond*

KELLI M. HAMMOND
Deputy Attorney General
*Attorneys for Defendants Pierce, Kenton, Hammer, Halloran, Herrera, Manson, Martin, Rashev, Leech, Ellin, Valencia, Largent, Tanton, and Stanfield*

**ORDER**

Based on the stipulation of the parties, and good cause appearing, the hearing on the Motion to Strike Affirmative Defenses From Defendant Tanton's Answer and the scheduling conference are continued to February 17, 2021, at 10:00 a.m., in Department 24 of the above Court, and any opposition to the Motion to Strike is due by February 3, 2021.

Dated:  January 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2018303134/34775268.docx