CARTER C. WHITE, State Bar No. 164149
UC Davis Civil Rights Clinic
One Shields Ave, Bldg. TB 30
Telephone: (530) 752-5440
Fax: (530) 752-5788
Email: ccwhite@ucdavis.edu

*Counsel for Plaintiff, Senarble Campbell*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL, <br><br> Plaintiff, <br><br> vs. <br><br> J. TANTON, ET AL., <br><br> Defendants | Case No.: 2:18-cv-0671 KJM CKD P <br><br> **ORDER SETTING ASIDE ENTRY OF DEFAULT** |

The Court having considered the parties' stipulation does hereby order as follows:

1. The entries of default (ECF Nos. 92 and 93) are hereby vacated.
2. The Answer on behalf of Defendants Pierce, Hammer, Halloran, Herrera, Manson, Rashev, Leech, Ellin, Valencia, Largent, Becerra, and Stanfield (ECF No. 94) shall be deemed filed as of this date.

/////

/////

/////

/////

/////

3. Defendants Herrera, and Kenton, and Martin shall immediately file an Amended Answer in which the affirmative defenses comport with the Court's Order on Plaintiff's motion to strike affirmative defenses in Defendant Tanton's Answer.

Dated:  March 5, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE