IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SENARBLE CAMPBELL,** | Case No. 2:18-cv-00671 KJM-CKD (PC) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **JOSHUA J. TANTON, et al.,** | |
| Defendants. | |

On August 18, 2021, the parties, by and through their counsel, stipulated to a ten-day extension of time to file motions for summary judgment addressing the exhaustion of administrative remedies.  Good cause having been shown, the extension of time is granted.  The parties have until August 30, 2021 to file motions for summary judgment regarding exhaustion.

IT IS SO ORDERED.

Dated:  August 25, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:18-cv-00671 KJM-CKD (PC))