IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SENARBLE CAMPBELL,** <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA J. TANTON, et al.,** <br><br> Defendants. | Case No. 2:18-cv-00671 KJM-CKD (PC) <br><br> **ORDER** |

On August 30, 2021, the parties, by and through their counsel, stipulated to a seven-day extension of time to file motions for summary judgment addressing the exhaustion of administrative remedies. Good cause having been shown, the extension of time is granted. The parties have until September 7, 2021, to file motions for summary judgment regarding exhaustion, to be heard on October 6, 2021.

IT IS SO ORDERED.

Dated: August 31, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE