IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SENARBLE CAMPBELL,** | Case No. 2:18-cv-00671 KJM-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **JOSHUA J. TANTON, et al.,** | |
| Defendants. | |

The Court has considered the parties' stipulation to extend the time for filing dispositive motions. (ECF No. 140.) Good cause appearing, the requested extension is granted. The October 5, 2022 deadline to file dispositive motions is hereby vacated. The Court will set a new deadline after resolution of the pending cross motions for summary judgment on the issue of exhaustion of administrative remedies.

Dated: October 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE