UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL, | No. 2:18-cv-00671-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA J. TANTON, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner proceeding through appointed pro bono counsel in this action filed pursuant to 42 U.S.C. § 1983. By order dated October 17, 2022, plaintiff was granted leave to file a third amended complaint adding medical negligence claims against defendants Martin and Kenton within 30 days. ECF No. 146. Plaintiff has filed a third amended complaint that is now before the court for screening. ECF No. 147; see also 28 U.S.C. § 1915A(a) (screening requirement).

      After conducting the required screening, the court orders that this case proceed on plaintiff's third amended complaint against defendants Becerra, Martin, Kenton, and Herrera for claims of deliberate indifference to plaintiff's serious medical needs; claims of excessive force against defendants Tanton, Hammer, Pierce, Rashev, and Leech; and a failure to protect claim against defendant Ellin, all in violation of the Eighth Amendment; and, medical negligence claims against defendants Martin and Kenton in violation of California state law.

1

  The court has further considered the parties' stipulation to extend time for defendants to file a responsive pleading, and for the parties to meet and confer to prepare and then submit a joint proposed further scheduling order.  ECF No. 148.  Good cause appearing, the requested extensions of time are granted.

  Accordingly, IT IS HEREBY ORDERED that:

1. This case proceed on plaintiff's third amended complaint against defendants Becerra, Martin, Kenton, and Herrera for claims of deliberate indifference to plaintiff's serious medical needs; claims of excessive force against defendants Tanton, Hammer, Pierce, Rashev, and Leech; and a failure to protect claim against defendant Ellin, all in violation of the Eighth Amendment; and, medical negligence claims against defendants Martin and Kenton in violation of California state law.
2. Defendants shall file their responsive pleading to plaintiff's third amended complaint no later than December 14, 2022.
3. The parties shall meet and confer to prepare a joint proposed further scheduling order no later than December 14, 2022.
4. The parties shall submit the joint proposed further scheduling order no later than December 30, 2022.

Dated:  November 28, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp0671.TAC.screening+stip.docx

2