Carter C. White, State Bar No. 164149
UC Davis Civil Rights Clinic
One Shields Ave, Bldg. TB 30
Telephone: (530) 752-5440
Fax: (530) 752-5788
Email: ccwhite@ucdavis.edu

*Counsel for Plaintiff, Senarble Campbell*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. TANTON, ET AL.,<br><br>　　　　Defendants | Case No.: 2:18-cv-0671 KJM CKD P<br><br>**JOINT PROPOSED FURTHER SCHEDULING ORDER** |

　　　Pursuant to the Court's order (ECF No. 149), the parties submit their proposed further scheduling order as follows:

　　　Non-expert discovery cut-off date:　　June 23, 2023

　　　Motion to compel deadline:　　　　　June 23, 2023

　　　Expert disclosure date:　　　　　　　June 30, 2023

　　　Rebuttal expert disclosure date:　　　July 21, 2023

　　　Expert discovery cut-off date:　　　　August 25, 2023

　　　Dispositive motions deadline:　　　　November 10, 2023

JOINT PROPOSED FURTHER SCHEDULING ORDER
2:18-CV-0671 KJM CKD P

1

Dated:  December 16, 2022

Respectfully submitted,

*/S/ Carter C. White*

Carter C. White
Attorney

*Attorney for Plaintiff,
Senarble Campbell*

**/S/ James Mathison** (as authorized on 12/16/2022)
James Mathison
Deputy Attorney General

*Attorney for Defendants Pierce, Kenton, Tanton, Hammer, Herrera, Becerra, Martin, Rashev, Leech and Ellin*

IT IS SO ORDERED.

Dated:  December 27, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE