UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA J. TANTON, et al.,<br><br>        Defendants. | No.  2:18-cv-00671-KJM-CKD<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through appointed counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. Counsel for the parties requested an informal telephone conference with the undersigned in order to resolve a discovery dispute concerning plaintiff's request for the production of the complete personnel file of defendant Leech. ECF No. 154. In light of the procedural history of this case, the court ordered defense counsel to produce the complete personnel file of defendant Leech for in camera review. ECF No. 156. Having reviewed the requested documents in camera, the court has weighed the potential benefits of disclosure against the potential disadvantages and has determined that the official information privilege bars disclosure of the requested documents. See Sanchez v. City of Santa Ana, 936 F.2d 1027, 1033-34 (9th Cir. 1990) (finding that federal common law recognizes qualified privilege for official information).

////

1

Accordingly, IT IS HEREBY ORDERED that defendants' assertion of privilege bars discovery of defendant Leech's personnel file.

Dated:  April 26, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp0671.incamerareview.docx