IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SENARBLE CAMPBELL,** | Case No. 2:18-cv-00671 CKD |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **JOSHUA J. TANTON, et al.,** | |
| Defendants. | |

The Court has reviewed the parties' stipulation to extend the deadline to file dispositive motions in the case, and to set a briefing schedule for a motion for summary judgment anticipated to be filed by Defendants. For good cause appearing, the Court grants the action requested in the stipulation. The deadline to file dispositive motions is extended to January 5, 2024. Plaintiff's opposition to the summary judgment motion anticipated to be filed by Defendants shall be filed no later than February 7, 2024, and any reply by Defendants shall be filed no later than ten days after the opposition is filed.

IT IS SO ORDERED.

Dated: October 25, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE