UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>Plaintiff,<br><br>vs.<br><br>J. TANTON, ET AL.,<br><br>Defendants | Case No.: 2:18-cv-00671-CKD<br><br><br>**ORDER** |

The Court has reviewed the parties' stipulation to modify the schedule. For good cause appearing, the Court orders: (1) The deadline for Plaintiff to file an opposition to Defendants' motion for summary judgment is extended to on or before February 20, 2024; (2) Any reply by Defendants shall be filed no later than fourteen days after Plaintiff's opposition is filed; and (3) The hearing on Defendants' motion for summary judgment is reset to March 20, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE