1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SENARBLE CAMPBELL,                          No.  2:18-cv-00671-CKD P

12                    Plaintiff,

13         v.                                      ORDER

14    JOSHUA J. TANTON, et al.,

15                    Defendants.

16

17         Plaintiff is a state prisoner proceeding through appointed counsel in this civil rights action

18    filed pursuant to 42 U.S.C. § 1983.  Defendants' partial motion for summary judgment is

19    currently pending before the court.  ECF No. 162.

20         Because the Eighth Amendment claims against defendants Tanton, Hammer, Rashev,

21    Leech, and Ellin, as well as the state law medical negligence claims against defendants Martin

22    and Kenton are not included in the pending motion for summary judgment, this case will proceed

23    to trial.  Therefore, the parties are directed to meet and confer within 14 days from the date of this

24    order to determine available pretrial conference and jury trial dates.  In selecting dates for the

25    pretrial conference, the court will require plaintiff to submit his pretrial statement pursuant to

26    Local Rule 281 fourteen days before the scheduled conference date, with defendants' pretrial

27    statement due seven days before the conference.  The parties are further directed to submit a joint

28    proposed schedule to the court no later than May 3, 2024, including the estimated length of the

1

1  jury trial in this case.[1]

2         Accordingly, IT IS HEREBY ORDERED that the parties meet and confer to determine

3  available pretrial conference and jury trial dates within 14 days from the date of this order and,

4  submit a joint proposed schedule to the court no later than May 3, 2024.

5  Dated:  March 29, 2024

6                                                        _____
                                                        CAROLYN K. DELANEY

7                                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13  /camp0671.M&C

14

15

16

17

18

19

20

21

22

23

24

25

26  _____

[1] The court understands that the length of the jury trial is dependent on the resolution of the
27  pending motion for summary judgment involving defendants Becerra, Martin, Kenton, Herrera,
    and Pierce.  Therefore, the parties may submit an alternative estimate of the length of the trial in
28  the event that the summary judgment motion is denied.