**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SENARBLE CAMPBELL,<br>   Plaintiff,<br> v.<br>J. TANTON, et al.,<br>   Defendants.<br>_____/ | No. 2:18-cv-00671-CKD<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

  Senarble Campbell, CDCR # H-90841, a necessary and material participant in a settlement conference in this case on August 19, 2024, is confined at Kern Valley State Prison in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone, by Zoom video conference from his place of confinement, on Monday, August 19, 2024, at 9:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a court-supervised settlement conference at the time and place above, until completion of the conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661) 720-4949 and via email to CDCRKVSPLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jan Nguyen, Courtroom Deputy, at JNguyen@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Boone at the time and place above, by Zoom video conference, until completion of the trial readiness conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **April 24, 2024**         _____
                            UNITED STATES MAGISTRATE JUDGE