CARTER C. WHITE, CSB # 164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Building TB-30
Davis, CA 95616-8821
Telephone: 530.752.5440
Facsimile: 530.752.5788
ccwhite@ucdavis.edu

*Attorney for Plaintiff,*
*Senarble Campbell*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>　　　　　Plaintiff,<br>　　v.<br>J. TANTON, et al.,<br><br>　　　　　Defendants. | No.  2:18-cv-00671-CKD<br><br>**PROPOSED ORDER** |

　　The parties, by and through their counsel, have stipulated to a stay of proceedings in this case, pursuant to Local Rule 143, pending the Ninth Circuit's decision on Defendants' interlocutory appeal of this Court's decision regarding qualified immunity in ECF No. 174. The Court finds this stipulation to be well-founded and therefore does hereby

　　ORDER that this case is stayed until the Ninth Circuit resolves the appeal and issues its mandate in *Campbell v. Herrera, et al.*, No. 24-3296, and does further

　　ORDER that the trial date and other deadlines in the Court's Further Scheduling Order (ECF No. 186) are hereby vacated.

Dated:  October 17, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER –
No. 2:18-cv-00671-CKD (PC)