UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSHUA J. TANTON, et al.,<br><br>   Defendants. | No.  2:18-cv-0671-CKD P<br><br>FURTHER SCHEDULING ORDER |

Plaintiff is a state prisoner proceeding through appointed counsel with a civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to the jurisdiction of the undersigned for all further matters including the trial of this case.  (ECF No. 159.)

Expert discovery closed on August 25, 2023. (See ECF No. 153.) Defendants' motion for summary judgment was denied as to the Eighth Amendment deliberate indifference claims against defendants Becerra, Martin, Kenton, and Herrera on April 22, 2024. (ECF No. 174.) No motion for summary judgment was filed as to the Eighth Amendment excessive force claims against defendants Tanton, Hammer, Rashev, and Leech; the Eighth Amendment failure to protect claim against defendant Ellin; or the state law medical negligence claims against defendants Martin and Kenton.

Defendants filed an interlocutory appeal of the court's order denying them qualified immunity. (ECF Nos. 178, 179.) On May 29, 2025, the United States Court of Appeals for the

Ninth Circuit affirmed the denial of qualified immunity and remanded this case for trial. (ECF No. 190.) The Ninth Circuit issued the mandate on June 20, 2025. (ECF No. 192.)

By this order, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the court sets a further schedule for this case. The court also refers this case to Magistrate Judge Jeremy D. Peterson for a further settlement conference.

Good cause appearing, THIS COURT ORDERS AS FOLLOWS:

1. This matter is referred to Magistrate Judge Jeremy D. Peterson for a further settlement conference SET for **October 1, 2025** at 10:00 AM via Zoom. A separate order will follow. The court will issue the necessary writ for plaintiff to participate in the settlement conference.

2. Pretrial conference (as described in Local Rule 282) in this case is set to be conducted on the file only without appearance by either party.

3. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of incarcerated witnesses at trial on or before **December 3, 2025**. Defendants shall file their pretrial statement on or before **December 17, 2025**. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

4. A trial readiness hearing is set for **February 4, 2026** at 10:00 a.m. in Courtroom 24.

5. This matter is set for jury trial on **February 23, 2026** at 10:00 a.m. in Courtroom 24.

Dated: July 9, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, camp0671.41sjd.atty

2