UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL, | No. 2:18-cv-0671-CKD P |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA J. TANTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through appointed counsel with a civil rights action pursuant to 42 U.S.C. § 1983. A further settlement conference has been set before Magistrate Judge Jeremy D. Peterson on October 1, 2025, at 10:00 AM via Zoom. (ECF No. 194.) The parties filed a stipulation and proposed order for the following: "Up to two of Plaintiff's representatives (either counsel or certified law students) shall be permitted to participate in the settlement conference from the same location as the Plaintiff, at no charge to any of the parties." (ECF No. 195-1 at 1.)

Good cause appearing, THE COURT ORDERS AS FOLLOWS:

1. The court approves the parties' stipulation that up to two of plaintiff's representatives (either counsel or certified law students) be permitted to participate in the October 1, 2025 settlement conference from the same location as plaintiff, subject to prison operations and approval.

1

2. Plaintiff's representatives shall submit all necessary legal visit request forms to the institution at least 30 days prior to the settlement conference.

3. A writ of habeas corpus ad testificandum will issue shortly by separate order.

Dated: July 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, camp0671.sc.stu

2