CARTER C. WHITE, State Bar No. 164149
UC Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB 30
Davis, CA 95616
Telephone: (530) 752-5440
Fax: (530) 752-5788
E-mail:  ccwhite@ucdavis.edu

*Counsel for Plaintiff, Senarble Campbell*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA J. TANTON, et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-0671-CKD P<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE SETTLEMENT DOCUMENTS** |

　　　　On October 20, 2025, the parties settled this matter at the settlement conference before Magistrate Judge Peterson. The Court ordered the long form settlement agreement to be finalized within 30 days. ECF No. 202. There was a delay in the partes' agreement on the precise language of the settlement release and agreement. All issues were resolved, and the parties finalized the language of the settlement documents on November 26, 2025. Counsel for Plaintiff is unable to file the dismissal documents with this Court until he receives the signed release from his incarcerated client. Because of the possibility of delays in prison legal mail, the parties ask that the Court extend the time to file final settlement documents for an additional thirty days, or until January 2, 2026.

Dated: December 3, 2025                    Respectfully Submitted,

*/S/ Carter C. White*

_____

Carter C. White
*Counsel for Plaintiff, Senarble Campbell*


*/S/ Matthew R. Stohl*

_____

Matthew R. Stohl
Deputy Attorney General

*Counsel for Defendants Beccera, Pierce, Kenton, Tanton, Hammer, Halloran, Herrera, Manson, Martin, Nashev, Leech, Ellin, Valencia, Largent and Stanfield*

IT IS SO ORDERED.

Dated: December 4, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 camp0671.stip.disp